# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIODELIVERY SCIENCES INTERNATIONAL, INC., and QUINTILES COMMERCIAL US, INC.,<br><br>Defendants. | Civil Action No.: 3:14-cv-05892-MAS-TJB<br><br><br><br><br><br>**ORAL ARGUMENT REQUESTED**<br>Motion Day: January 5, 2015 |

### NOTICE OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF NORTH CAROLINA PURSUANT TO 28 U.S.C. §1404(a)

        **McCARTER & ENGLISH, LLP**
        Four Gateway Center
        100 Mulberry Street
        Newark, New Jersey 07102
        (973) 622-4444

        265 Franklin Street
        Boston, Massachusetts 02110
        (617) 449-6538

        Attorneys for Defendants
        BioDelivery Sciences International, Inc. and
        Quintiles Commercial US, Inc.

**PLEASE TAKE NOTICE** that on December 12, 2014, the undersigned attorneys for Defendants BioDelivery Sciences International, Inc. ("BDSI") and Quintiles Commercial US Inc. ("Quintiles") (collectively, "Defendants") shall move before the Honorable Michael A. Shipp, U.S.D.J., United States District Court for the District of New Jersey, for the entry of an Order pursuant to 28 U.S.C. §1404(a) to transfer venue to the Eastern District of North Carolina.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer, the Declaration of Scott S. Christie in Support of Defendants' Motion to Transfer, and the Declaration of Andrew L Finn, Pharm. D. in Support of Defendant's Motion to Transfer. A proposed form of Order is provided.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: December 12, 2014

        **McCARTER & ENGLISH, LLP**

        By: s/ Scott S. Christie
          Scott S. Christie

        Four Gateway Center
        100 Mulberry Street
        Newark, New Jersey 07102
        973-622-4444

        Lee Carl Bromberg
        265 Franklin Street
        Boston, Massachusetts 02110
        617-449-6538

        Attorneys for Defendants
        BioDelivery Sciences International, Inc.
        and Quintiles Commercial US, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing notice and supporting documents were served by electronically filing the same with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

        Mark I. Schlesinger
        Troutman Sanders, LLP
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174
        201-704-6317
        mark.schlesinger@troutmansanders.com
        *Attorney for Reckitt Benckiser Pharmaceuticals, Inc.*

        Robert Greenfeld
        Steptoe & Johnson LLP
        1114 Avenue of the Americas
        New York, NY 10036
        212-378-7605
        rgreenfeld@steptoe.com
        *Attorney for MonoSol Rx LLC*

DATED: December 12, 2014

                                        /s/Scott S. Christie
                                          Scott S. Christie