IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BIODELIVERY SCIENCES INTERNATIONAL, INC., and QUINTILES COMMERCIAL US, INC.,<br><br>Defendants. | Civil No. 3:14-cv-05892 MAS-TJB |

## DECLARATION OF SCOTT S. CHRISTIE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Scott S. Christie hereby declare:

1. I am an attorney licensed to practice law in the State and District of New Jersey. I am a partner at the law firm McCarter & English, LLP, and I represent Biodelivery Sciences International, Inc. ("BDSI") and Quintiles Commercial US, Inc. ("Quintiles") (collectively the "Defendants").

2. I submit this declaration in support of the Defendants' Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the Master Services Agreement between BDSI and Quintiles that was signed on September 29, 2013 and filed with the SEC.

4. Attached hereto as Exhibit B is a true and correct copy of the Complaint filed September 20, 2014 in the case styled *BioDelivery Sciences International, Inc. v. Reckitt Benckiser Pharmaceuticals, Inc., et al.*, C.A. No. 5:14-cv-00529-H (E.D.N.C) [Docket No. 1].

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December, 2014 in Newark, New Jersey.

By: /s/Scott S. Christie
Scott S. Christie

ME1 19538653v.1