Aurora Cassirer
**TROUTMAN SANDERS LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel:  (212) 704-6000
Fax: (212) 704-6288
aurora.cassirer@troutmansanders.com
*Attorneys for Plaintiff*
*Reckitt Benckiser Pharmaceuticals Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., and MONOSOL RX, LLC,<br><br>Plaintiffs,<br>v.<br>BIODELIVERY SCIENCES INTERNATIONAL, INC., and QUINTILES COMMERCIAL US, INC.<br>Defendants. | Case No. 3:14-cv-05892-MAS-TJB |

**STIPULATION AND [PROPOSED] ORDER**

This matter having been raised by consent on behalf of all parties to this action to adjourn the motion day for Defendants' (i) Motion to Transfer Venue to the Eastern District of North Carolina; and (ii) Motion to Dismiss and to extend the briefing schedule for these motions; and

WHEREAS, the parties will be required to address the merits of two separate dispositive motions, each requiring significant factual development and protracted communications with client representatives; and

WHEREAS, counsel and client representative unavailability due to the end-of-year holidays and litigation schedules will exacerbate the challenge to the parties to complete briefing of these two motions;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

ME1 19586867v.1

Defendants' (i) Motion to Transfer Venue to the Eastern District of North Carolina; and (ii) Motion to Dismiss are adjourned to March 2, 2015, and that Plaintiffs shall serve and file their opposition papers by January 30, 2015 and Defendants shall serve and file their reply papers by February 23, 2015.

Dated: December 22, 2014

TROUTMAN SANDERS LLP

By: s/Aurora Cassirer
      Aurora Cassirer

*Attorneys for Plaintiff*
*Reckitt Benckiser Pharmaceuticals Inc.*

STEPTOE & JOHNSON LLP

By: s/ Robert Greenfeld
      Robert Greenfeld

*Attorneys for Plaintiff*
*MonoSol Rx LLC*

McCARTER & ENGLISH, LLP

By: s/ Scott S. Christie
      Scott S. Christie

*Attorneys for Defendant*
*BioDelivery Sciences International, Inc.*
*and Quintiles Commercial US, Inc.*

SO ORDERED

_____
HON. MICHAEL A. SHIPP
United States District Judge.

Dated: _____

MEI 19586867v.1